```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
           -v-                                                         :    13-CR-70-4 (JMF)
                                                                       :
DAVID MORILLO,                                                         :         ORDER
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On October 22, 2025, Defendant David Morillo, proceeding without counsel, filed a "Motion to Request Review of Amendment to the Sentencing Guidelines (§2D1.1 and §3B1.2) going into effect Nov 1st 2025." *See* ECF No. 306. The motion "asks the Court to review his case" in light of amendments to the United States Sentencing Guidelines that are scheduled to go into effect on November 1, 2025. Putting aside the fact that that date has not yet passed, Defendant will not be eligible for an adjustment of his sentence under U.S.S.G. §1B1.10 and 18 U.S.C. § 3582(c)(2) even on November 1, 2025, because the United States Sentencing Commission has not, to date, voted to make these amendments retroactive. Accordingly, to the extent that Defendant moves for a sentencing reduction, the motion is DENIED.

      This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to terminate ECF No. 306 and to mail this Order to Defendant at the following address:

> David Morillo-Cruz
> Reg No. 69067-066
> FCI Oxford
> P.O. Box 1000
> Oxford, WI 53952

SO ORDERED.

Dated: October 24, 2025
       New York, New York

                                                              JESSE M. FURMAN
                                                          United States District Judge